IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Yiwu Lubo Trading Co., Ltd., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-04444 |
| | ) | |
| v. | ) | Dist. Judge Sara L. Ellis |
| | ) | |
| Shein Distribution Corp., | ) | Mag. Judge M. David Weisman |
| | ) | |
| Defendants | ) | |

### Stipulation of Dismissal

All matters in dispute between the parties to the above-entitled cause having been satisfactorily compromised and settled pursuant to a settlement agreement:

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between said parties, by their respective attorneys, that the said cause shall be dismissed with prejudice, without attorneys' fees or costs to either party, all costs having been paid.

**IT IS FURTHER STIPULATED AND AGREED** that an order pursuant to the foregoing may be entered of record upon the presentation of this stipulation.

**WHEREFORE**, the parties hereto pray that the Court will enter an order dismissing the Complaint with prejudice.

Dated: May 17, 2024

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
Brian Swift
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
brians@au-llc.com
*Counsel for Plaintiff*

/s/Morgan E. Pietz
Morgan E. Pietz
Pietz & Shahriari, LLP
6700 S. Centinela Ave., 2nd Fl
Culver City, CA 90230
310-424-5557
morgan@pstrials.com
*Counsel for Defendant Shein*